# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In re: ) SECTION 347 (a) UNCLAIMED
) PROPERTY REPORT
Various debtors-- )
See attached listing )
) 

    Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

    Unclaimed funds in the amount of **$1563.32** to the above-entitled Court.

Dated this 28th day of October, 2021.

*/s/ Michael Malaier*
Michael G. Malaier,
Chapter 13 Trustee
WSBA #34729

Section 347(a)
Unclaimed Property Report

| Case Number | Debtor 1 | Debtor 2 | Reason | Check # | Amount |
|---|---|---|---|---|---|
| 1642033 | Byron Eugene Bressel<br>Apt 607 1930 SW River Dr<br>Portland OR 97201 | Amanda Nichole Bressel<br>Apt 607 1930 SW River Dr<br>Portland OR 97201 | Debtor Refund | 714003 | $9.57 |
| 1942558 | Patrick James Cardinale<br>3624 East E Street<br>Tacoma WA 98404 | 00000 | Debtor Refund | 714004 | $15.31 |
| 2040936 | Robert Edward Dankwardt Jr<br>2203 14th Ave NW<br>Puyallup WA 98371 | 00000 | Debtor Refund | 714005 | $64.29 |
| 1841096 | Sarah Dawn Glenn<br>6701 Tacoma Ave S<br>Tacoma WA 98408 | 00000 | Debtor Refund | 714006 | $123.98 |
| 1844320 | Ann Elizabeth Kershul<br>14015 136th St KPN<br>Gig Harbor WA 98329 | 00000 | Debtor Refund | 714007 | $213.18 |
| 1842401 | Sabrina Tabitha Kropp<br>10709 Broadway Ave S<br>Tacoma WA 98444 | 00000 | Debtor Refund | 714008 | $15.31 |
| 1842172 | Amy Lynn Rasmussen<br>27024 Merdian Ave E<br>Graham WA 98338 | 00000 | Debtor Refund | 714009 | $82.12 |
| 1841662 | Eric Han Song<br>9431 South K Street<br>Tacoma WA 98444 | Cecile Rene Song<br>9431 South K Street<br>Tacoma WA 98444 | Debtor Refund | 714010 | $1039.56 |
| | | | | Total: | $1,563.32 |